No. 02–9642. GONZALEZ-TAMARIZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–9644. HAIRSTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–9645. GARCIA-BENITEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–9666. INGRAM *v.* DOVE, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 02–9669. GREEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–9671. HILL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 02–9675. STEPLIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–9677. BARRERA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–9699. TEAFATILLER *v.* DOBRE, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 02–9709. CROWLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–9783. BONN *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–856. FEDERAL AVIATION ADMINISTRATION *v.* CITY OF ALAMEDA, CALIFORNIA, ET AL. C. A. 9th Cir. Motion of the Solicitor General to vacate denied. Certiorari denied. 

No. 02–1235. GREENVILLE WOMEN'S CLINIC ET AL. *v.* COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL, ET AL. C. A. 4th Cir. Motions of American College of Obstetricians and Gynecologists et al. and National Abortion Federation for leave to file briefs as *amici curiae* granted. Certiorari denied.